UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VIRGINIA LYNN VAUGHAN-MACLIN | ) Case No. 13-35181-KLP |
| | ) |
| Debtor(s) | ) Chapter 13 |
| _____ | ) |

NICHOLAS FINANCIAL, INC.,
                      Movant,

vs.

VIRGINIA LYNN VAUGHAN-MACLIIN, and
CARL M. BATES, Trustee
                      Defendant(s).

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s) in this matter, by counsel, and for Debtor(s) Answer to the MOVANT's Motion for Relief from Automatic Stay filed on 1/15/2014, sayeth as follows:

1. Debtor admits the provisions contained in Paragraphs 1, 2, 3, 4, 5, and 6 of the Movant's Motion.
2. Debtor denies the provisions contained in Paragraphs 7, 8, 9, 10, 11, 12, 13 and 14 of the Movant's Motion and demands strict proof thereof.

WHEREFORE, Debtor(s) respectfully move the Court that the Movant's Motion be denied, and for such relief as the Court and equity deem appropriate.

                Respectfully submitted:

                VIRGINIA LYNN MACLIN-VAUGHAN

                BY: /s/ Robert B. Duke Jr.
                Robert B. Duke Jr., Esq.
                AMERICA LAW GROUP, INC.
                DBA THE DEBT LAW GROUP, PLLC
                1928 Arlington Blvd., Suite 112
                Charlottesville, VA 22903
                (434) 227-8091

<u>Certificate of Service</u>

  I certify that on February 11, 2014, I sent a true copy of the foregoing Answer and attached Exhibit by electronic means and/or first-class mail to the following parties:

Peter S. Lake, Esq.
McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite #400
Virginia Beach, VA 23462

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

          <u>/s/ Robert B. Duke Jr.</u>
          Robert B. Duke Jr.